972 A.2d 482

**Kenneth KISTLER, Respondent**

v.

**COMMONWEALTH of Pennsylvania, STATE ETHICS COMMISSION, Petitioner.**

Supreme Court of Pennsylvania.

May 19, 2009.

## ORDER

PER CURIAM

**AND NOW,** this 19th day of May, 2009, the Petition for Allowance of Appeal is **GRANTED.** The issues, paraphrased, are:

a. Whether a public official may violate § 1103(a) of the Public Official and Employee Ethics Act, 65 Pa.C.S. § 1103(a), despite lacking the intent to use his office for private pecuniary gain.

b. Whether § 1103(f) of the Public Official and Employee Ethics Act requires competitive bidding.